**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 16-1212

CALVIN EARL BROWN,

             Plaintiff - Appellant,

        v.

SEARS HOLDING MANAGEMENT CORPORATION, d/b/a Kmart
Corporation #7080; THOMAS M. COLCLOUGH, Director US EEOC,
Raleigh Area Office; STEVE DOOLEY; RAJENONAKYMAR PATEL;
JAYESH PATEL,

             Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Greenville.  James C. Dever, III,
Chief District Judge.  (4:14-cv-00033-D)

Submitted:  May 18, 2016              Decided:  May 20, 2016

Before SHEDD, DIAZ, and HARRIS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Calvin Earl Brown, Appellant Pro Se.  Paul S. Holscher, JACKSON
LEWIS PC, Raleigh, North Carolina, David A. Hughes, JACKSON
LEWIS PC, Atlanta, Georgia; Roberto Francisco Ramirez, Assistant
United States Attorney, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Calvin Earl Brown appeals the district court's order denying his second motion to reconsider the court's earlier order denying his civil action alleging employment discrimination. We have reviewed the record and find no abuse of discretion by the district court. See Werner v. Carbo, 731 F.2d 204, 206 (4th Cir. 1984) (noting review standard for Fed. R. Civ. P. 60(b) denial).* Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

---

* Because Brown's motion to reconsider was filed greater than 28 days after the district court's order dismissing his civil action, the district court's review was under Fed. R. Civ. P. 60(b). See Fed. R. Civ. P. 59(e).